UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORILLARD TOBACCO COMPANY,
    Plaintiff,

                                                                      Case No. 10-13296

v.                                                          Honorable Patrick J. Duggan

AMANA OIL, INC. d/b/a 16 AND
HARPER MOBIL,
    Defendant.

## JUDGMENT

On August 20, 2010, Lorillard Tobacco Company filed this action, alleging that Amana Oil, Inc. d/b/a 16 and Harper Mobil had infringed on its trademarks by selling counterfeit cigarettes. On this date, the Court entered an Opinion and Order holding that Plaintiff is entitled to damages of $16,000.

Accordingly,

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff Lorillard Tobacco Company recover of Amana Oil, Inc. the amount of $16,000.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Amana Oil, Inc. is permanently enjoined from directly or indirectly using the marks of Lorillard Tobacco Company or any colorable imitation of those marks in connection with the sale or distribution of cigarettes that are not genuine Lorillard cigarettes, or aiding or abetting any other person or business entity in engaging in such activities.

Dated: July 7, 2011                                   s/PATRICK J. DUGGAN
                                                                            UNITED STATES DISTRICT JUDGE

Copies to: Kathleen A. Lang, Esq.
Kelly M. Haladyna, Esq.
Brian C. Summerfield, Esq.